# United States Bankruptcy Court
# Central District of California

| In re:<br>Soledad Aguilera | CASE NO.: 2:16–bk–12339–BR |
|---|---|
| | DATE OF FILING: 2/25/16 |
| | CHAPTER.: 7 |

## NOTICE OF DISMISSAL OF CASE IF REQUIRED DOCUMENTS ARE NOT FILED OR SIGNED

**To Debtor and Debtor's Attorney:**

The above captioned case was filed on the above date through the Case Management/Electronic Case Filing (CM/ECF) system without the following document(s) and/or information as required by FRBP 1007 and LBRs 1002–1 and 1007–1(a):

- ☑ Statement About Your Social Security Numbers (Official Form 121) (Individual debtors only) [FRBP 1007(f); LBR 1002–1]

- ☐ Debtor's federal Employer Identification Number (EIN) (Full EIN required for Non–Individuals) (Official Form 201)

- ☐ Signature of Attorney on Petition (Official Form 101 or 201) [FRBP 9011]

- ☑ Electronic Filing Declaration (Individual or Corporation/Partnership)(only for electronically–filed petitions) [LBR 1006–1(h)] (LBR Form F1002–1)

- ☐ For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 104), or Chapter 11 or 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 204) [FRBP 1007(d); LBR 1002–1]

- ☐ Declaration About an Individual Debtor's Schedules (Official Form 106Dec) – Declaration (Signed)

- ☐ Declaration Under Penalty of Perjury for Non–Individual Debtors (Official Form 202) – Declaration (Signed)

- ☐ Verification of Master Mailing List of Creditors (Signed) [LBR 1007–1(d)] (LBR Form F1007–1)

- ☐ Master Mailing List of Creditors which must include the name, mailing address, and zip code of each creditor listed in Schedules D, and E/F [FRBP 1007; LBR1007–1(d)]

- ☐ Master Mailing List of Creditors must be uploaded in CM/ECF in text (.txt) format in accordance with the Court Manual

- ☐ Debtor's physical street address must be provided in addition to any post office box address (Official Form 101 or 201)[LBR 1002–1(a)]

- ☐ Other *(Specify):*

**NOTICE IS GIVEN** that the debtor and/or debtor's attorney must submit the above stated documents and/or information within 72 hours from the date of this notice or the case will be dismissed without further notice by the Court.

Dated: <u>February 25, 2016</u>

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form van–197 – ndcrnf) Rev 12/2015

**2 / SF**