Certificate Number: 03088-CAC-DE-027367813

Bankruptcy Case Number: 16-12339


03088-CAC-DE-027367813

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2016, at 6:43 o'clock PM CDT, Soledad Aguilera completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: April 29, 2016

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor